AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

*April 06, 2023*

| | | |
|---|---|---|
| United States of America | ) | Nathan Ochsner, Clerk of Court |
| v. | ) | |
| | ) | Case No.  **4:23-mj-674** |
| Kendrick Bernard Brown | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___January 5, 2023 to April 5, 2023___ in the county of _____Harris_____ in the
_____Southern_____ District of _____Texas_____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 18 United States Code 2113(a) | Bank Robbery |
| Title 18 United States Code 2113(d) | Bank Robbery |
| Title 18 United States Code 924(c) (1)(A)(ii) | Brandishing of a Firearm During and in Relation to a Crime of Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO David Helms, FBI
*Printed name and title*

Sworn to and signed by telephone

. Date: ___04/06/2023___

_____
*Judge's signature*

City and state: _____Houston, TX_____     Yvonne Y. Ho United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, TFO David Helms, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Federal Bureau of Investigation (hereafter "FBI") and a Detective with the Houston Police Department (hereafter "HPD") and have been employed by HPD since May 2006. During my employment with HPD and the FBI, I have trained in investigations relating to violations of the United States Federal Criminal Code, including Title 18 of the United States Code (hereafter "USC"), specifically criminal violations involving organized crime, bank robbery, kidnapping, interference with commerce by threats or violence, and extortions. I am currently assigned to the Houston Division of the FBI, Violent Crime Task Force (hereafter "VCTF"), and have been since August 2023. My primary investigative responsibilities include crimes occurring within the United States District for the Southern District of Texas.

2. This Affidavit is made in support of a criminal complaint charging Kendrick Bernard Brown with Bank Robbery in violation of Title 18 U.S.C. § 2113(a), Bank Robbery in Violation of Title 18 U.S.C. § 2113(a),(d), and Brandishing a Firearm During and in Relation to a Crime of Violence in violation of 18 U.S.C. § 924(c) (1)(A)(ii). I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation.

3. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only those facts that I believe are necessary to establish

1

probable cause that violations of Title 18 U.S.C. §2113(a),(d) and Title 18 U.S.C. § 924(c) have been committed by Kendrick Bernard Brown on or about January 5, 2023, January 24, 2023, March 11, 2023, March 16, 2023, and April 5, 2023. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

## **PROBABLE CAUSE**

4. Your Affiant has learned through investigations with the FBI Houston Violent Crime Task Force (VCTF) that a Regions Bank at 5890 San Felipe in Houston, Texas and within the Southern District of Texas, was robbed on January 5, 2023. Specifically, your Affiant received the following information:

5. Affiant responded to a bank robbery of a Regions Bank at 5890 San Felipe in Houston, Harris County TX on January 5, 2023. Upon arrival Affiant met G. Rivera (hereinafter RIVERA) referred to as the complainant. RIVERA is a teller for the Regions Bank and stated on January 5, 2023, the unknown subject (UNSUB) entered the bank talking on his cellphone dressed in a full suit with a driving cap on. RIVERA stated the UNSUB approached his desk and presented a demand note which read "This is a robbery, I need $40,000.00". The UNSUB then commanded RIVERA and his co-worker to the vault while displaying a two-tone semiautomatic pistol. RIVERA stated once in the vault room RIVERA attempted to explain that the vault was on a time release and wouldn't open for 10 minutes. The UNSUB did not care and had them open the safe and laydown on the floor until the 10 minutes expired and the safe opened. RIVERA stated as the minutes went by the UNSUB became more agitated and threatened both he and his co-worker. RIVERA stated he feared his life and the life of his co-worker. RIVERA stated the safe opened after 10 minutes. RIVERA stated he was then forced to open all the safe drawers. RIVERA stated he walked out of the bank with a total of $4550.00 in United States currency. RIVERA stated prior to the UNSUB leaving RIVERA was instructed to stand up and walk the

2

UNSUB out of the bank. RIVERA described the UNSUB as an African American Male in his late 20's early 30's, medium build, 5'7"-5'10" in height.

6. On January 24, 2023, Affiant responded to a bank robbery at the Origin Bank, 1702 Fountain View, Houston Harris County TX within the Southern District of Texas. Upon arrival Affiant met with D. Patino (hereinafter PATINO). PATINO stated on this day it was raining and they saw the UNSUB at the door. PATINO, a teller for Origin stated since Regions Bank across the street got robbed earlier in the month, they have been using their controlled access button. PATINO stated she observed the UNSUB who was dressed in a sport coat with a fedora and an umbrella and she buzzed him in. PATINO stated the UNSUB approached and presented a demand note which read "THIS IS A ROBBERY I NEED $50,000". PATINO stated the UNSUB stood there like he was holding a gun in his sport coat. PATINO turned over $4631.00 in United States currency. PATINO described the UNSUB as an African American male in his 40's weighing approximately 200 pounds, and 5'9"-5'11" in height. PATINO stated the UNSUB approached her co-worker. Affiant spoke to A. Jimenez (hereinafter JIMENEZ). JIMENEZ stated she knew the bank was being robbed and the UNSUB then approached her drawer. JIMENEZ stated when the UNSUB approached her teller desk, she knew it was the same man who robbed Regions Bank across the street earlier that month. JIMENEZ stated the UNSUB demanded money stating "give me everything, all the bills". JIMENEZ stated she saw the UNSUB gripping the pistol and could clearly see the pistol grip of what she described as a semi-automatic pistol. JIMENEZ stated she turned over $7645.00 in United States currency. JIMENEZ stated the UNSUB left the location on foot.

3

7. Affiant reviewed both surveillance footage from the Regions Bank and Origin Bank. Affiant could tell from surveillance the pistol used in both robberies was a two-tone semi-automatic pistol. Affiant noted in surveillance images that the pistol was clearly visible. Affiant believed the physical descriptors of the suspect in both robberies were similar. Affiant believed the robbery "uniforms" of dressing in suits was similar between the two locations. Affiant saw prior to entering each bank the suspect used something to not limit the exposure of his fingerprints on the door handle to each location. Affiant believed that the modus operandi, first starting with a note then displaying a weapon was also similar. Affiant looked at the geographical location and given that the banks were across the street from each other Affiant felt the UNSUB was one in the same. Affiant dubbed the UNSUB as the Pocket Square Pillager. The news media picked up the story and the robberies stopped.

8. On March 11, 2023, Affiant was contacted in regard to a bank robbery at Comerica Bank, 2575 Kirby Houston Harris County TX and within the Southern District of Texas. According to the report, an African American subject entered the Comerica bank dressed in a thermal and track pants with house shoes on. The UNSUB produced a note to the teller which read "Give me 20k, You are being robbed". The UNSUB took from the bank $360.53 in United States currency and a 3SI tracker. The tracker was thrown from the vehicle shortly after departing the bank. Affiant reviewed surveillance images of the suspect and believed the UNSUB shared a likeness to the bank robber dubbed the Pocket Square Pillager who robbed the Regions Bank and Origin Bank in January of 2023. Specifically, Affiant believed the physical descriptors and what facial features were visible matched that of the Pocket Square Pillager UNSUB.

4

9. Affiant was provided external cameras images from the Comerica bank at 2575 Kirby. In that footage a potential suspect vehicle, a 2017 silver Nissan Maxima with a black roof that continued from the rear windshield to the front, was observed circling the bank prior to the robbery. TFO Kenneth Cockrill (hereinafter COCKRILL) of the Houston Police Department also noted rear driver's side bumper damage. COCKRILL located the vehicle on Flock camera footage and obtained a plate. The license plate was NHT9229. Kendrick Brown (hereinafter BROWN) was the registered owner of that vehicle. Affiant researched Kendrick Bernard Brown B/M DOB: 6/15/1986 and found he was convicted of robbery by threat in 2014. Affiant found that incident was a Comerica Bank in which BROWN presented a demand note.

10. The Houston Police Department Criminal Apprehension Team serving as Task Force Officers with the FBI Violent Crimes Task Force began to run static surveillance on BROWN. Affiant and the Criminal Apprehension Team observed BROWN circling several banks over the last couple of weeks. BROWN would typically circle bank parking lots several times even parking nearby to have a clear view of the banks. Affiant knows through his training and experience that this is consistent behavior of someone surveilling banks.

11. On April 5, 2023, BROWN entered the Comerica Bank at 11990 FM 1960 in Houston, Harris County, Texas and within the Southern District of Texas, where BROWN presented a demand note which read "30,000 RIGHT NOW" and produced a firearm. According to J. Clemmensen (hereinafter CLEMMENSEN) the manager of the Comerica Bank, BROWN entered the bank and presented the note. CLEMMENSEN stated she didn't understand what was going on which prompted BROWN to "move now, or I need the money now". CLEMMENSEN stated BROWN was confused as to where the money was dispensed from and commanded her to move to where the money would come out. CLEMMENSEN stated the teller began attempting to dispense money from the cash dispenser. CLEMMENSEN stated BROWN became increasingly angry and began counting back from 10 and produced a black semi-automatic pistol from his

5

side. CLEMMENSEN stated BROWN took $10,000 from the bank. Houston Police Department Criminal Apprehension Team and HPD SWAT were notified that a bank robbery had just taken place. Task Force Officers and Houston Police Department SWAT converged on BROWN's registered vehicle, taking BROWN into custody. BROWN was found in possession of the $10,000.00. BROWN was found in possession of a black semi-automatic pistol, Glock model 23, 40 caliber.

12. BROWN was interviewed after his arrest after being read his statutory warnings and agreed to speak. BROWN confessed to his role in the Comerica Bank at 11990 FM 1960 on April 5, 2023. BROWN stated he wasn't going to hurt anyone. BROWN stated he took that gun from his girlfriend and used it solely as an intimidation factor. BROWN stated he presented the note to the employees at the desks and they got up and went around to the teller windows. BROWN stated he didn't have time to count the money. BROWN stated he picked the Comerica at random but had never been in before. BROWN confirmed he did however surveil the location.

13. In reference to the Regions Bank at 5890 San Felipe on January 5, 2023, BROWN stated he worked across the street from the bank at a restaurant and was familiar with the location. BROWN stated he bought that gun off the street and assumed it was stolen. BROWN acknowledged he is a felon and not allowed to possess a firearm. BROWN stated the gun was not loaded and used for intimidation. BROWN stated he got the employees to the vault room and had them lay down. BROWN stated he made the male employee escort him out of the bank. BROWN stated the complainants were male and female.

14. BROWN stated in reference to the Origin Bank at 1702 Fountain View on January 24, 2023 that it was raining. BROWN stated he parked his vehicle one block over from Origin on a side street. BROWN stated he pulled a sweater over the door handle not to leave prints. BROWN confirmed the demand note was left behind. BROWN stated he remembered there was a male and female inside the bank. BROWN stated he got money. BROWN stated he used the same gun as Regions bank solely for intimidation. BROWN stated he was familiar with the location working across the street.

15. BROWN stated as far as the Comerica bank from March 11, 2023, at 2575 Kirby he picked that at random. BROWN stated he only had a demand note in that robbery, no

gun. BROWN stated he barely got any money the woman told him she couldn't get any of the money out. BROWN stated he had searched the news and acknowledged that's why he changed his look, signifying a change from the media attention received being dubbed the Pocket Square Pillager. BROWN also acknowledged that was his vehicle.

16. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging Kendrick Bernard Brown with Bank Robbery in violation of Title 18 U.S.C. § 2113(a),(d) and Brandishing a Firearm During and in Relation to a Crime of Violence in violation of Title 18 U.S.C. § 924(c)(1)(A)(ii).

TFO David Helms
Federal Bureau of Investigation

Subscribed and sworn to, via telephone, this 6th day of April 2023 and I find probable cause.

Yvonne Y. Ho
United States Magistrate Judge

7